IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OLGA V. DUNINA,

       Plaintiff,               :       Case No. 3:06-cv-399

                                   District Judge Walter Herbert Rice
-vs-                               Chief Magistrate Judge Michael R. Merz

                              :

LIFE CARE HOSPITALS OF
DAYTON, INC.,

       Defendant.

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on February 9, 2007, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that the above-captioned action be dismissed without prejudice for want of prosecution.

April 6, 2007.

                                                                              Walter Herbert Rice
                                                                             United States District Judge